**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Lee WINFIELD, Jr.,**
**Defendant–Appellant.**

**No. 00–6560.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 5, 2001.

Robert Lee Winfield, Jr., pro se. Laura P. Tayman, Office of the United States Attorney, Norfolk, VA, for appellee.

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Robert Lee Winfield, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Winfield,* Nos. CR–95–193; CA–99–294–2 (E.D.Va. Mar. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*